# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **JULIE A. SU**, Acting Secretary of Labor, | ) | |
| United States Department of Labor, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:24-cv-00049-RLY-CSW |
| v. | ) | |
| | ) | Hon. Richard L. Young |
| **FRIENDSHIP DINER, LLC**, and | ) | Mag. Judge Crystal S. Wildeman |
| **BARDHYL SHABANI**, | ) | |
| | ) | |
| Defendants. | ) | |

## ACTING SECRETARY OF LABOR'S UNOPPOSED MOTION FOR APPROVAL OF CONSENT ORDER AND JUDGMENT

Plaintiff Julie A. Su, Acting Secretary of Labor, United States Department of Labor filed a complaint against Defendants Friendship Diner, LLC, and Bardhyl Shabani (collectively, "Defendants), alleging violations Sections 203(m)(2)(B), 206, 207, 211, 215(a)(2), 215(a)(3), and 215(a)(5) of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et. seq.* The Acting Secretary submits the attached proposed Consent Order and Judgment (attached as Exhibit A), resolving all claims in the complaint. To ensure compliance with Federal Rule 65(d)(1)(C),[1] the Acting Secretary requests the Court grant this motion and enter as a separate document the Consent Order and Judgment.

WHEREFORE, the parties respectfully request entry of the Consent Order and Judgment by the Court.

---

[1] *See MillerCoors LLC v. Anheuser-Busch Cos., LLC*, 940 F.3d 922, 922-23 (7th Cir. 2019).

Date: August 15, 2024

Respectfully Submitted,

**SEEMA NANDA**
Solicitor of Labor

U.S. Department of Labor
Office of the Solicitor
230 S. Dearborn Street
Suite 844
Chicago, Illinois 60604
312.353.1218
jenkins.haley.r@dol.gov

**CHRISTINE Z. HERI**
Regional Solicitor

*/s/ Haley R. Jenkins*
**HALEY R. JENKINS**
Trial Attorney

*Counsel for Julie A. Su, Acting Secretary of Labor,
United States Department of Labor, Plaintiff*