# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **JULIE A. SU**, Acting Secretary of Labor, United States Department of Labor, ) ) ) | |
| Plaintiff, ) ) | Case No. 3:24-cv-00049-RLY-CSW |
| v. ) ) | Hon. Richard L. Young |
| **FRIENDSHIP DINER, LLC**, and **BARDHYL SHABANI**, ) ) ) | Mag. Judge Crystal S. Wildeman |
| Defendants. ) | |

## ORDER ON ACTING SECRETARY OF LABOR'S UNOPPOSED MOTION FOR APPROVAL OF CONSENT ORDER AND JUDGMENT

This matter coming before the Court on Plaintiff Julie A. Su, Acting Secretary of Labor, United States Department of Labor Unopposed Motion for Approval of Consent Order and Judgment, due notice given, and the Court being fully advised, IT IS SO ORDERED:

The Acting Secretary's Motion is granted.

Date: 8/20/2024

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record